UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

ANTHONY D. MCDONALD and MARY
B. MCDONALD,

    Debtors.
_____/

ANTHONY D. MCDONALD and MARY
B. MCDONALD,

    Plaintiffs,

v.                                      CASE NO: 8:11-mc-61-T-RAL

GMAC MORTGAGE, LLC, and LAW OFFICES
OF DAVID J. STERN, P.A.,

    Defendants.
_____/

**O R D E R**

Upon due consideration, Defendant Law Offices of David J. Stern, P.A.'s Motion for Reconsideration (Dkt. 3), which the Court construes as a Motion to Alter or Amend Judgment pursuant to Rule 59(e), is denied because it was filed more than twenty-eight (28) days after the entry of the Court's order on June 23, 2011, at docket 2, denying without prejudice the motion to withdraw the reference, despite the fact that the Supreme Court case relied on by Defendant was decided on June 23, 2011. See Davis v. Drug

Enforcement Admin., 606 F. 3d 1296, 1301 (11th Cir. 2010) (holding under prior Rule 59(e) that "[a] party must file a motion to alter or amend a judgment no later than ten days [now twenty-eight days] after the judgment at issue is entered.") (citing Fed. R. Civ. P. 59(e) (2007)).

**DONE AND ORDERED** at Tampa, Florida, on August 3, 2011.

       s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record